NADIA FARAH (SBN 154599)
LAW OFFICES OF NADIA FARAH
39159 PASEO PADRE PKWY #211
FREMONT, CA 94538

Counsel for Petitioner
MARYAM MOHSENZADEH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARYAM MOHSENZADEH

CV 07 Civil Action No.: 5638

Petitioner

Agency No.: A70 217 696

v.

Michael CHERTOFF, in his Official Capacity,
Secretary, United States Department of Homeland
Security; PETER D. KEISLER, in his Official
Capacity, Acting Attorney General, U.S. Department
Of Justice; David N. STILL, in his Official
Capacity, District Director, United States
Citizenship and Immigration Services; Emelio
GONZALEZ, in his Official Capacity, Director,
Bureau of Citizenship and Immigration Services
                    Defendants

                                                    //

COMPLAINT IN THE
NATURE OF MANDAMUS
AND FOR OTHER
INJUNCTIVE RELIEF

## JURISDICTION AND VENUE

1.    Plaintiff invokes the jurisdiction of this Court pursuant to 8 USC§1447, 28

      USC§1331 and 1361, 5 USC §701 and 28 USC§2201 *et seq*. to redress the

      deprivation of right, privileges and immunities secured to Plaintiff to compel

      Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also

      conferred by USC §704.

2.    This action is brought to compel Defendants and those acting under them to take action on a form N-400, Application for Naturalization (hereinafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. Initially, Ms. Mohsenzadeh filed an application on January 22, 2001 with the U.S. Citizenship and Immigration Services (hereinafter "USCIS") and when she appeared for an interview on June 19, 2002, she was told that her file was lost, that she will be notified of a future interview appointment. She did not hear anything from USCIS until 2004, so she filed a second application for naturalization. The second Application was filed on or about September 7, 2004. On or about February 9, 2005, Ms. Mohsenzadeh was interviewed by an Immigration Officer and successfully passed the English language, history and the government tests. (Please see Exhibit "A")

3.    At that time she was told that all was okay and only a background check was pending and upon the completion of the background check, she will be sent a notice of oath ceremony.

4.    In mid-2006, when she moved to Northern California, Ms. Mohsenzadeh notified USCIS. On March 12, 2006, she sought the assistance of Senator Diane Feinstein, but that was unsuccessful too.

5.    In May 2007, she filed an application to renew her alien registration cards since it was expiring in July 2007. She submitted fingerprints properly and still did not hear anything from USCIS.

6.    On August 28, 2007 when inquired about the status of the case, Ms. Mohsenzadeh and her attorney Nadia Farah were told that the application was

2

pending background check. The new address was confirmed with USCIS and they were told to wait for the background check to clear.

7. To this day, over two and a half years after the interview, Ms. Mohsenzadeh still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 USC §1447.

8. Plaintiff is eligible to have her Application adjudicated.

9. Plaintiff has no criminal record and absolutely no reason to have her background check delayed for such a long time.

10. Defendants, the Department of Homeland Security and USCIS, are charged by law with the statutory obligation to adjudicate this Application.

11. Venue is proper under 28 USC §1391(e) because Plaintiff resides in this District and no real property is involved in this action.

## PARTIES

12. Plaintiff MARYAM MOHSENZADEH, is a citizen of Iran and currently resides in Napa, California. Plaintiff's A# is 70 217 696 and she is eligible to be naturalized, as she became a legal permanent resident on February 1, 1996.

13. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS"), Defendant PETER D. KEISLER is the Acting Attorney General of the United States. Defendant Emelio T. Gonzalez is the Director of the USCIS. Defendant David N. Still is the District Director of the district office of San Francisco USCIS. All defendants are sued herein in their official capacities.

3

## FACTS

14.  Ms. Mohsenzadeh is a native and citizen of Iran. Ms. Mohsenzadeh received
     her legal permanent residence on February 1, 1996. (Please See Exhibit B,
     copy of Ms. Mohsenzadeh's Permanent Residence Card)

15.  Ms. Mohsenzadeh became statutorily eligible to file a form N-400,
     Application for Naturalization, on December 1, 2000, four years and nine
     months after the grant of her permanent residence status

16.  On or about January 22, 2001, Ms. Mohsenzadeh filed her first application for
     Naturalization with USCIS. This application was lost. On September 7, 2004,
     she filed her second application for Naturalization with USCIS.

17.  On February 9, 2005, Ms. Mohsenzadeh was interviewed at the USCIS office
     by an immigration officer and successfully passed the English language,
     history and government test.(Please See Exhibit A).

18.  At the time she was told that he was to await the completion of the
     background check. To this day, over two and a half 2 ½ years later, Ms
     Mohsenzadeh still awaits the decision.

19.  A correspondence dated April 7, 2006 was sent to Ms. Mohsenzadeh
     acknowledging that her case has passed the processing time and that it was
     still pending with the Los Angeles Office.

20.  When moved Ms. Mohsenzadeh advised USCIS of her new address in
     Northern California.

21.  Los Angeles and San Francisco's current processing time for forms N-400 is
     seven (7) months. Ms. Mohsenzadeh's application was filed two and a half 2

½ years  ago and therefore, its processing is significantly overdue ( Please See Exhibit C,  Los Angeles and San Francisco District Office processing time report)-

22.    Ms. Mohsenzadeh, on her own and through her attorney NADIA FARAH has inquired about this naturalization application a number of times, but USCIS has not completed the background check and expressly has acknowledged that her case has passed the processing time. ( Please see Exhibit D)

23.    When appeared in person through infopass with her attorney,  NADIA FARAH, she was told that USCIS had still not completed the background check and that the change of address had not been recorded. She again submitted her change of address and an inquiry to the officer attending to her case. (See declaration of Nadia Farah in Support of Writ of Mandamus)

24.    Ms. Mohsenzadeh's husband and children are all citizens of the United States. She suffered socially when she was unable to travel with her family because of the fact that even her alien registration card is pending background check and is not current. (See Declaration of Maryam Mohsenzadeh in Support of Writ of Mandamus)

25.    Furthermore she wishes to be a citizen as soon as possible to allow international family vacations, but at the present time, she can only travel within the United States.

26.    Ms. Mohsenzadeh was not able to vote in the 2004 or 2006 elections due to the fact that she was not naturalized to become a citizen of the United States.

Had her application been adjudicated properly within the statutory time, she

would not have been deprived of such privilege.

27.     Ms. Mohsenzadeh has complied with all laws of the United States including

filing her yearly income tax returns and obeying the law as a model citizen

should. She has never had any problems with the police and has no criminal

record.

## CLAIMS

28.     Defendants have willfully and unreasonably delayed in and have refused to

adjudicate the Application, thereby depriving Plaintiff of the benefits of

becoming a naturalized citizen of the United States.

29.     Defendants owe Plaintiff a duty to adjudicate the application and have

reasonably failed to perform that duty.

30.     Plaintiff has exhausted any administrative remedies that may exist.

**WHEREFORE**, Plaintiff prays that the Court:

1.     Assume jurisdiction over the case and naturalize Plaintiff under the terms of 8

USC§1447 (b); or

2.     Compel Defendants and those acting under them to perform their duty to

adjudicate the Application; and

6

3.    Grant such other and further relief as this Court deems proper under the

circumstances; and

4.    Grant Attorney fees and cost of Court to Plaintiff under the Equal Access to

Justice Act.


Respectfully submitted this 5th day of November, 2007.

_Nadia Fa_

NADIA FARAH, Attorney for Plaintiff

## PROOF OF SERVICE

On this day, November 5, 2007, I served copies of the foregoing: Complaint for Writ of

Mandamus on the following in the manner indicated:

United States Attorney                                          Via Certified Mail
United States Attorney's Office
Civil Division, Immigration Unit
450 Golden Gate Avenue, 11th floor
San Francisco, CA 94102

David N. Still                                                  Via Certified Mail
District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, Ca 94111

Emelio T. Gonzalez                                             Via Certified Mail
Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
20 Massachusetts Avenue, N.W.
Washington, D.C. 20529

Michael Chertoff                                               Via Certified Mail
Secretary of Department of Homeland Security
U.S. Department of Homeland Security
20 Massachusetts Avenue, N.W.
Washington, D.C. 20529

Peter D. Kiesler, Acting Attorney General                      Via Certified Mail
Attorney General, U.S. Department of Justice
Department of Justice, Room B-103
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

I declare under the penalty of perjury under the laws of the United States of America and
the State of California that the above is true and correct.

November 5, 2007
Fremont, California

Nadia Farah

8

LIST OF EXHIBITS

"A"     Results of Interview on February 9, 2005
        Proof of naturalization application filing

"B"     Copy of Resident Alien Card

"C"     Copies of Processing Times for San Francisco and Los Angeles Office

"D"     Proof of inquiries and responses from USCIS

*Exhibit "A"*



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

CITIZENSHIP NOTICE

_marcymm_ _____ File No.: _7021 7696_

Date: _FEB 0 9 2005_
Officer: _N/E_

Dear Naturalization Applicant:

Your application has been continued for the following reason(s):

☐ Reexamination on ability to _ read, _ write, _ speak, or _ understand English; or _ knowledge of U.S. history and government. You will be notified by mail regarding the date and time of your next interview.

☐ A more in-depth interview regarding the issue(s) of: _____

_____

You will be notified by mail regarding the date and time of your next interview.

☐ Another interview regarding your eligibility for exception(s) to the requirement(s) of section 312 of the I.N.A. You will be notified by mail regarding the date and time of your next interview.

  ☐ Form N-648 is required to establish your eligibility for exception(s) to the requirements of Section 312, INA. Please refer to attachment N-648A for more information.
  ☐ The Form N-648 that you submitted lacks certain required information. Please refer to attachment N-648B for more instructions.

☑ No further action on your part is required at this time. Upon receipt of the below checked boxes, your application can be acted upon:

  ☐ Your permanent immigrant file.

  ☐ Your fingerprint background clearance from the FBI.

  ☐ Your military clearance and/or verification of your military service.

  ☑ Other: _FBI Background Checks_

_____

_____

If you have not received a response after 120 days from the date of this notice, you may mail an inquiry to the following address: **U.S. Citizenship and Immigration Services, P.O. Box 5208, El Monte, CA 91734.** Please send a copy of this notice with your inquiry.

If you have a change of address, please complete and mail the attached change of address form.

## THE UNITED STATES OF AMERICA

| Receipt | | | **NOTICE DATE** September 14, 2004 |
|---|---|---|---|
| **CASE TYPE** N400    Application For Naturalization | | | **INS A#** A 070 217 696 |
| **APPLICATION NUMBER** WSC*001205215 | **RECEIVED DATE** September 07, 2004 | **PRIORITY DATE** September 07, 2004 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MARYAM MOHSENZADEH

4505 SANTA LUCIA DR

WOODLAND HILLS CA  91364

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          March 21, 1973

Address Where You Live:   4505 SANTA LUCIA DR
                          WOODLAND HILLS CA 91364

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



WSC$001297017

Form I-797C (Rev. 11/28/03) N

## THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Receipt | February 12, 2001 |
| **CASE TYPE** | **INS A#** |
| N400 Application For Naturalization | A 070 217 696 |

| **APPLICATION NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
|---|---|---|---|
| WSC*000579021 | January 22, 2001 | January 22, 2001 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MARYAM MOHSENZADEH
3333 WEST 2ND ST 52 305
LOS ANGELES CA 90004

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $250.00 |
| Total Amount Received: | $250.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          March 21, 1973
Address Where You Live: 3333 WEST 2ND ST 52 305
                        LOS ANGELES CA 90004

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
P.O BOX 10400 CALIFORNIA SERVICE CENTER
LAGUNA NIGUEL, CA 92607-

**INS Customer Service Number:**
(949) 831-8427

APPLICANT COPY

WSCS000543029
Form I-797C (Rev. 09/07/93)N



# THE UNITED STATES OF AMERICA

| Request Cancellation of Interview | NOTICE DATE<br>November 18, 2002 |
|---|---|
| CASE TYPE<br>N400   Application For Naturalization | INS A#<br>A 070 217 696 |

| APPLICATION NUMBER<br>WSC*000579021 | RECEIVED DATE<br>January 22, 2001 | PRIORITY DATE<br>January 22, 2001 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS
MARYAM MOHSENZADEH
# D205
4679 TORREY CIRCLE
SAN DIEGO CA  92130

հ..հ..հ..հ..հ..հ..հ

This is to advise you that, as requested, we have canceled the interview on     Wednesday, June 19, 2002      at 09:00 AM
for the above applicant.  We will advise you of any further action taken on this case,  including any rescheduled interview
information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
SUITE 1234
880 FRONT STREET
SAN DIEGO CA 92101-

**INS Customer Service Number:**
(949) 831-8427



Form I-797 (Rev. 09/07/93)N

# AsC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet your appointment notification letter and picture identification available.

NAME: _MOHSENZADEH   MAR-YAM_
　　　　　Last　　　　　　　First　　　　　　　Middle　　　　　Suffix

DATE OF BIRTH: (03  21  73)　　PHONE #: _818-887-8590_
　　　　　　　Year  Month  Day

PLACE OF BIRTH: _IRAN_　　　　SEX: (Male or Female) _F_

RACE: Check the most appropriate code below:

_____ American Indian or Alaskan Native　_____ Black　　✓ White (Hispanic also check)

_____ Asian or Pacific Island　　　　　　_____ Unknown

HEIGHT: _5_ Feet　_3_ Inches　　　　　　WEIGHT: _122_ Pounds

EYE COLOR: Check the most appropriate code below:

____ Black  ✓ Brown ____ Green ____ Gray ____ Pink ____ Hazel ____ Blue ____ Maroon

HAIR COLOR: Check the most appropriate code below:

✓ Black ____ Bald ____ White ____ Sandy ____ Red ____ Gray ____ Blonde ____ Brown

COUNTRY OF CITIZENSHIP: _IRAN_

SOCIAL SECURITY NUMBER: _623 - 64 - 5147_

ALIEN REGISTRATION NUMBER: A _07021 7696_

LIST ANY OTHER NAMES YOU HAVE USED:
　　　　_None_
　　Last　　　　　　First　　　　　　　Middle　　　　　Suffix

RESIDENCE ADDRESS :
_4505 Santa Lucia Dr._ _Woodland Hills_ _CA_ _91364_
Street number and name　Apartment #　City　　State　Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N400): _N400_

| XLE / ASC VAN NUYS |
|---|
| FD-258 COMPLETED AT BCIS/ASC　　XLE- ASC VAN NUYS |
| On: _Oct 06.04_  By: _827179_ |
| QC Check Completed By: _157492_ |

Attachment 3-H
Change 6
I-18-03

X-24

*Exhibit "B"*



# RESIDENT ALIEN

US Department of Justice-Immigration and Naturalization Service

MOHSENZADEH, MARYAM
NAME

03 21 73
DOB

A070217696
ALIEN NUMBER

07 25 07
CARD EXPIRES

ALIEN REGISTRATION RECEIPT CARD
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

AS6 SND 960201 249  7196451078

A1USA070217696<01<9707<<<<<<<<
7303216F0707251<<<<<<B1A4A90B9
MOHSENZADEH<<MARYAM<<<<<<<<<<<

*Exhibit "C"*



U.S. Citizenship
and Immigration
Services



Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resources   Press Room

Print This Page   |   Back

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted October 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

### There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted October 15, 2007

| | | |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | June 06, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | June 06, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | June 24, 2007 |

Print This Page | Back

**11-05-2007 04:39 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

## nadiaf@sbcglobal.net

**From:**     <radpour@comcast.net>
**To:**       "nadia farah" <nadia@nadiafarah.com>
**Sent:**     Monday, November 05, 2007 1:04 PM
**Subject:**  FW: ABD2007788010

Azizam,

In email ro vakile ba shooremoon be Abu Dhabi ferestade. ABD number ro to Subject line gozashte.
Bezar bebinim javabesh chié.

I love you,

Farhad
XOXOX

-------------- Forwarded Message: --------------
From: "nadia farah" <nadia@nadiafarah.com>
To: "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
Cc: "Farhad Radpour" <radpour@comcast.net>
Subject: ABD2007788010
Date: Sun, 4 Nov 2007 22:51:59 +0000

Dear Consul:

As you know our office is the attorney of record for the above-referenced matter. We understand that on
October 18, 2007 the K-3 file was sent to your office for processing. To-date we have not received the K-
3 packet from you, as we understand you mail it to Mr. Radpour or our office in the United States. Please
advise us of the status of this case and whether an interview appointment has been set. The USCIS case
number is MSC0720522612- We look forward to hearing from you very soon.

Sincerely,

Nadia Farah



Search 
Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resources     Press Room

Print This Page     Back

# U.S. Citizenship and Immigration Services
## Los Angeles CA Processing Dates
### Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

### There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing
- evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Los Angeles CA** Posted October 15, 2007

| Form | | Processing Timeframe |
|-------|------|------|
| **I-131** | Application for Travel Documents | 3 Months |
| **I-485** | Application to Register Permanent Residence or Adjust Status | 6 Months |
| **I-600** | Petition to Classify Orphan as an Immediate Relative | July 12, 2007 |
| **I-600A** | Application for Advance Processing of Orphan Petition | July 12, 2007 |
| **I-765** | Application for Employment Authorization | 11 Weeks |
| **N-400** | Application for Naturalization | 7 Months |
| **N-600** | Application for Certification of Citizenship | May 18, 2007 |

Print This Page     Back

**11-05-2007 05:07 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

*Exhibit "D"*



**Name:** **Maryam Mohsenzadeh**

**Appointment Type:** Question about case

**Confirmation No.:** SFR-07-27610       **Authentication** 1767c
                                                     **Code:**

**Appointment Date:** **August 28, 2007**

**Appointment Time:** **10:30 AM**

**Location:** **444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY**

## This is your Confirmation Number:



# If you wish to cancel this appointment, you will need the following Personal Identification Number: *45106*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.

## CITIZENSHIP INQUIRY

Date _8/28/07_

A # _70 217 696_

Date of Birth _03/21/1973_

Name of Applicant
Current Address

Maryam Mohsenzadeh
22 Old Coach Rd
Napa, CA 94558

Is this your new address? ( ✗ Yes  ( ) No       Telephone #: _707-254-9872_

Type of Application involved (Form Number if known): _N-400_

Date application submitted: _9/2004_       Date of Preliminary Interview _3/9/05_

Is this your first inquiry? ( ✗ Yes  ( No )       If not, Date of last inquiry _____

PLEASE NOTE: We will not respond if last inquiry was less than (6) six weeks ago. Time is needed to check and prepare a response.  Thank you for understanding and for your cooperation.

REASON FOR THIS INQUIRY: ( ✗ Change of Address    ( ) Status Inquiry    ( ) Other (Briefly explain below if necessary):

Please transfer file to San Francisco District

---

### DO NOT WRITE BELOW THIS LINE

INS RESPONSE:

Date: _____          Initials: _____

Citizenship Inquiry 050597



**INFOPASS**
Your e-Ticket to Immigration Information.

|  |  |
|---|---|
| **Name:** | **Maryam Mohsenzadeh** |
| **Appointment Type:** | Question about case |
| **Confirmation No.:** | SFR-07-27610 |

**Authentication 1767c Code:**

|  |  |
|---|---|
| **Appointment Date:** | **August 28, 2007** |
| **Appointment Time:** | **10:30 AM** |
| **Location:** | **444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY** |

## This is your Confirmation Number:



`* S F R - 0 7 - 2 7 6 1 0 *`

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *45106*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**



U.S. Department of Homeland Security
Washington, DC 20528

U.S. Citizenship
and Immigration
Services

HQCIS 131/45.2-C

Ms. Maryam Mohsenzadeh
4505 Santa Lucia Drive, #D 205
Woodland Hills, CA 91364

APR 0 7 2006

Dear Ms. Mohsenzadeh:

Thank you for your letter to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your N-400, Application for Naturalization is still pending with the Los Angeles Office. As of this date, a final decision has not been rendered and your case remains actively pending. Unfortunately, we are unable to provide you with an approximate date of completion at this time.

We are aware that your case has passed the processing time; unfortunately, sometimes adjudicating a case can become a lengthy process. We understand the time sensitive nature of this matter and greatly appreciate your continued patience.

If you require additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov. To speak with an Immigration Information Officer, you must make an appointment via the Internet at INFOPASS located on our website. You must bring the printout of your INFOPASS appointment and a photo ID to the scheduled appointment.

We trust that this information is helpful.

Sincerely,

Pamela M. Ball

Pamela M. Ball
Information Program Specialist
Customer Assistance Office

Enclosure

Attachment: Fact Sheet "F"- *How Do I Know What USCIS Services Are Available To Me After I File My Application or Petition?*

El Monte #059447

www.uscis.gov

November 21, 2003

RE:   Naturalization Application – N400
Last name: Mohsenzadeh
First name: Maryam
DOB:   3-21-1973,
SS#:   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


Dear INS officer,

I am writing this letter to follow up on my application for naturalization.(N400 form).
I applied for naturalization on January 22, 2001 (receipt enclosed) paying $250.00. I was granted an interview to be held on June 19, 2002. To my surprise I received a phone call from the office of interview location on June 18, 2002 canceling my interview. They claimed that my file could not be located! As I returned to San Diego after obtaining my doctorate degree from USC in Los Angeles I also checked with INS to inform them of change of my address to San Diego. Again to my surprise they stated that my file has been transferred to San Diego office.
About five months later on November 18, 2002 I received a letter from INS (San Diego office) stating that my June 2002 interview has been cancelled "as per request"! I have no information on this "request", how or by whom it had been made.
Having been in INS San Diego office three times ever since has added nothing more than disappointment and confusion to my already existing frustration.

Application type:  N400 application for naturalization

File date:    1-22-2001

Address:     4679 Torrey Circle #205
        San Diego, CA 92130

Mailing Address:  906 North Tigertail Rd
        Los Angeles, CA 90049

Application #:   WSC*000579021

Currently I do not know what the status of my naturalization application is. Please kindly clarify the status of my application. I appreciate the scrutiny and precision INS office applies to the process of naturalization. This makes all of us feel safer and more secure in this country.
I truly hope to hear from you soon.

Regards,

Maryam Mohsenzadeh



Diplomate, American Boards of
Internal Medicine, Pulmonary,
Critical Care & Sleep Medicine
www.napanap.com

**Hossein Razavi, MD Inc.**
Fellow of American College of
Chest Physicians
Breath Better Sleep

10 Woodland Road,Suite 502
St.Helena, CA 94574
Phone: (707) 963-0267
Fax: (707) 963-7255

This is my wife info and also attached is a copy of USCIS receipt notice:

Maryam Mohsenzadeh
SS# 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
DOB: 3-21-1973
Alien Resident Number: A070217696
USCIS application file number# 70217696 filed on February 9, 2005
Filed at USCIS, P.O.Box 5208, El Monte, CA 91734

Your office may reach me or my wife anytime by either paging me at (707) 286-8888 or calling my cell phone at (707) 363-3335. We are available via my office number (707) 963-0267. I also can be found on the webpage of St.Helena Hospital at www.sthelenahospital.org.

Your response and help are whole-heartedly appreciated.

Truly yours,

*Hossein Razavi ms*                    *Maryam Mohsenzadeh*

Hossein Razavi, MD FCCP D,ABSM                    Maryam Mohsenzadeh, DDS
Diplomate, American Boards of Internal
Medicine Pulmonary, Critical Care and Sleep Medicine
Medical Director, St.Helena Hospital Sleep Center
Medical Director, St.Helena Hospital
Department of Respiratory Care & Pulmonary Rehabilitation



Diplomate, American Boards of
Internal Medicine, Pulmonary,
Critical Care & Sleep Medicine
www.napanap.com

**Hossein Razavi, MD Inc.**
Fellow of American College of
Chest Physicians
Breath Better Sleep

10 Woodland Road,Suite 502
St.Helena, CA 94574
Phone: (707) 963-0267
Fax: (707) 963-7255

Date: March 12, 2006

Honorable Senator Dianne Feinstein
c/o Masha Kaminskaya
One Post Street, Suite 2450
San Francisco, CA 94104

Dear Senator Feinstein,

My name is Dr Hossein Razavi. I am a physician, a Stanford University Graduate in practice in St.Helena (Napa County). I am married to Dr Maryam Mohsenzadeh a USC graduate dentist. I am a proud US Citizen and my wife is an alien resident (Green Card holder) for past 10 years. Her multiple attempts for becoming a US citizen have unfortunately been unfruitful. She has filed an application with USCIS in El Monte and has even been interviewed (last step before the Oath Ceremony for the naturalization). Apparently USCIS has been waiting for "FBI background check" since February 2005. This has been overdue and extremely disappointing for us as a family.

The reason I am extending my needy hand to you is because you have actually helped my mother (Mehri Izadi) in the past to obtain a visitor visa about 2 years ago. As you expedited that process I marked you as a woman of integrity and promise, someone we as citizens of our beloved country and residents of the beautiful state of California can trust. Up in Napa County we have a decent life partly thanks to your never-ending efforts in making reasonable policies for our country but the lack of US citizenship for my wife while she has been eligible and gone through all different stages of its application has become a problem to us.

1

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

April 20, 2006

Dr. Hossein Razavi
22 Old Coach Road
Napa, California 94558

Dear Dr. Razavi:

Thank you for contacting my office regarding your concerns with the Citizenship and Immigration Service. I appreciate your bringing this to my attention and giving me an opportunity to see if I can be of assistance.

I have asked Stella Lyazer in my San Francisco office to assist you. Ms. Lyazer has contacted the Citizenship and Immigration Service on your behalf. You will hear back from my office when a response is received from the agency, which usually takes from six to eight weeks.

Again, thank you for contacting me and I will do all I can to help.

Sincerely,

Dianne Feinstein
United States Senator

DF:sl

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707