NADIA FARAH (SBN 154599)
LAW OFFICES OF NADIA FARAH
39159 PASEO PADRE PKWY #211
FREMONT, CA 94538



Counsel for
MARYAM MOHSENZADEH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYAM MOHSENZADEH<br><br>Petitioner<br><br>v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; PETER D. KEISLER, in his Official Capacity, Acting Attorney General, U.S. Department of Justice; David STILL, In his Official Capacity, District Director, U.S. Citizenship and Immigration Services; Emelio GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services.<br>             Defendants | Civil Action No.: CV 07 5638 EDL<br><br>DECLARATION OF NADIA FARAH IN SUPPORT OF WRIT OF MANDAMUS<br><br>Immigration Case, Administrative Procedure Act |

DECLARATION OF NADIA FARAH

I, Nadia Farah, hereby declare the following:

1.   I am a sole practitioner in the area of Immigration Law and my business address is 39159 Paseo Padre Pkwy #211, Fremont, California 94538. I have personal knowledge of the attached documents because I examined them when I accept representation of

1

Plaintiff Maryam Mohsenzadeh since in 2007 and also appeared at her infopass appointment on August 27, 2007. The documents attached are copies of the original documents Plaintiff received from the Immigration Services or documents which I submitted in conjunction with following up on Plaintiff Mohsenzadeh's naturalization application.

2.     I entered as Plaintiff Mohsenzadeh's attorney of record in August 2007 when I appeared at her infopass appointment and filed out an inquiry and confirmation of change of address at USCIS in San Francisco, California.

3.     On August 27, 2007 we were told by a representative of USCIS that Plaintiff Mohsenzadeh's application for naturalization was pending background check and when inquired about her alien registration card, we were told again that due to background check, the issuance of the card was pending.

9.     All statements made herein are true and correct to the best of my knowledge. I have personal knowledge of these events since I instigated the inquiries and received the described responses.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. Executed this 5th day of November at Fremont, California.

*Nadia Farah*

## Proof of Service

I, Nadia Farah, declare as follows:

I am a member of the bar of this Court at whose direction the following service was made. I am over the age of 18 years and am not a party to the within action. On this day, I serviced copies of the foregoing : Declaration of Nadia Farah In Support of Writ of Mandamus on the following in the manner indicated:

| | |
|---|---|
| United States Attorney<br>United States Attorney's Office<br>Civil Division, Immigration Unit<br>450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102 | Via Certified Mail |
| David N. Still<br>District Director<br>U.S. Citizenship and Immigration Services<br>San Francisco District Office<br>630 Sansome Street<br>San Francisco, CA 94111 | Via Certified Mail |
| Emelio T. Gonzalez<br>Director<br>U.S. Citizenship and Immigration Services<br>U.S. Department of Homeland Security<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20529 | Via Certified Mail |
| Michael Chertoff<br>Secretary of Department of Homeland Security<br>U.S. Department of Homeland Security<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20529 | Via Certified Mail |
| Peter D. Keisler<br>Acting Attorney General, U.S. Department of Justice<br>Department of Justice, Room B-103<br>950 Pennsylvania Avenue<br>Washington, D.C. 20530-0001 | Via Certified Mail |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.
November 5, 2007
Fremont, California

Nadia Farah