NADIA FARAH (SBN 154599)
LAW OFFICES OF NADIA FARAH
39159 PASEO PADRE PKWY #211
FREMONT, CA 94538



Counsel for Petitioner
MARYAM MOHSENZADEH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYAM MOHSENZADEH<br><br>Petitioner<br><br>v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, Acting Attorney General, U.S. Department Of Justice; David N. STILL, in his Official Capacity, District Director, United States Citizenship and Immigration Services; Emelio GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services<br><br>Defendants | Civil Action No.: CV 07 5638<br><br>Agency No.: A70217696<br><br>DECLARATION OF MARYAM MOHSENZADEH SUPPORT OF WRIT OF MANDAMUS  |

DECLARATION OF MARYAM MOHSENZADEH

1) I am a native and citizen of Iran. I became a legal permanent resident on February 01, 1996 with an expiration date of July 27, 2007. (Please see Exhibit "A"). At that time I was told that four years and nine months later, I was eligible to apply for naturalization.

1

2) On January 22, 2001, I filed an application for naturalization with the then Immigration and Naturalization Services ("INS") because I desired to participate in the democratic process of the United States.

3) At that time I was residing in Southern California.

4) An interview was scheduled for June 19, 2002, but when I appeared at the interview, I was told that they did not have my file and that my file was lost.

5) The next time, I received a Notice from INS that the June 19, 2002 interview appointment had been cancelled and that I will be notified of a re-scheduled interview. ( please see Exhibit "B")

6) Not hearing anything about my application for naturalization, between June of 2002 and 2004, I sent out 15-16 inquiries and did not receive any response from them.

7) Believing that my file was lost and on September 7, 2004, I submitted a new application and paid the appropriate fee again.

8) Finally, on February 9, 2005, I was interviewed by an adjudicator at the Immigration and Naturalization Service in El Monte, California.

9) At that time I was told that I passed the Civil and English Requirement of the test and only the background check had not been complete and no further action was required of me. Also, I was told that I should receive a notice of oath ceremony to become a citizen of the United States in a short time.

10) From February 9, 2005 to this day, every time I checked with U.S. Citizenship and Immigration Services, I am told that my case is awaiting the background check.

11) In mid-2006 when I moved to Napa, California, I informed USCIS of my new address and I requested that my file be transferred to Northern California.

12) On March 12, 2006 my husband noticing my frustration wrote a letter to Senator Diane Fienstein seeking her assistance in resolving this matter. We received a reply stating that Senator Fienstein's office has contacted USCIS and will notify us when she receives a response from the agency. To-date, we have not received any further responses.( Please see Exhibit "C")

13) Meanwhile, fearing that my alien registration card was expiring, I filed an I-90 application to renew my card on May 7, 2007. I have not received my new card yet.

14) I submitted fingerprints for the renewal of my card on May 31, 2007 in Santa Rosa, California.

15) I retained the Law Office of Nadia Farah to assist me in following up on this matter on August 22, 2007.

16) Through my attorney's office, we made an INFOPASS appointment at the USCIS in San Francisco for August 28, 2007 at 10:30 a.m. (Please see Exhibit "D")

17) At that time, we learned that my file has not been transferred; that in fact, even the change of address submitted to USCIS had not been entered into their system and that the FBI background check was pending.

18) With respect to the renewal of my alien registration card, I was told that due to the background check on my name, the issuance of the card was pending and

that they only give me a three (3) month extension of my alien registration card. (Please see Exhibit "E")

19) We filed an status inquiry with USCIS on August 28, 2007 and requested that the file be transferred to Northern California, San Francisco District.

20) I have lost many opportunities socially and within my family. The background check has now even prevented me from traveling outside the United States because I do not have a valid alien registration card.

21) I have not had the protection of U.S. citizenship and have been deprived of traveling to other countries.

22) I have no history of criminal record, violation of the law or any matter that would delay my name check.

23) I was unable to participate in the 2004 and 2006 voting process, guaranteed by the bill of rights.

24) I have always paid my taxes and performed all duties expected of me.

25) My husband and two children are all United States citizens and I wish to be a citizen of the United States.

Executed this 10th day of October, 2007 at Napa, California.

_____
MARYAM MOHSENZADEH, DECLARANT