1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  MARYAM MOHSENZADEH,                    )
                                           ) No. C 07-5638 EDL
                    Plaintiff,             )
13                                         )
               v.                          )
14                                         ) CONSENT TO PROCEED BEFORE A
    MICHAEL CHERTOFF, in his Official Capacity, ) UNITED STATES MAGISTRATE
15  United States Department of Homeland Security; )
    et al.,                                )
16                                         )
                    Defendants.            )
17  _____)

18     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Defendants

19  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

20  proceedings in the case, including trial, and order the entry of a final judgment.

21  Date: January 7, 2008                          Respectfully submitted,

22                                                 JOSEPH P. RUSSONIELLO
                                                   United States Attorney
23

24                                                 _____/s/_____
                                                   MELANIE L. PROCTOR
25                                                 Assistant United States Attorney
                                                   Attorneys for Defendants
26

27

28

   CONSENT
   C07-5638 EDL                    1