**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARYAM MOHSENZADEH,

        Plaintiff(s),                                     No. 07-05638 EDL

    v.                                                 CLERK'S NOTICE

MICHAEL CHERTOFF,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for 3:00 p.m. on February 12, 2008 has been **reset to 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than February 5, 2008.

Dated: January 22, 2008

                                                         FOR THE COURT,
                                                         Richard W. Wieking, Clerk

                                           by: _____
                                                       Lili M. Harrell
                                                       Courtroom Deputy