JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARYAM MOHSENZADEH, | ) | No. C 07-5638 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | JOINT CASE MANAGEMENT |
| Department of Homeland Security; et al., | ) | STATEMENT; ~~PROPOSED~~ ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties hereby submit their joint case management statement, and respectfully request the Court to adopt the statement without need for a case management conference. Alternatively, Plaintiff will be re-interviewed on her application on February 19, 2008. The parties respectfully request the Court to continue the Case Management Conference to February 26, 2008, so that the parties may provide the Court with the most recent information.

1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiff brought this Complaint under 28 U.S.C. §§ 1331 and 1361, the Administrative Procedure Act, and 8 U.S.C. § 1447(b). All parties have been served.

2. Facts: On January 22, 2001, Plaintiff applied for naturalization for the first time. On November 18, 2002, Plaintiff was interviewed by the U.S. Citizenship and Immigration Services ("USCIS"). On or about September 7, 2004, Plaintiff filed a second application for naturalization.

USCIS interviewed Plaintiff on February 9, 2005   Plaintiff's name check is still pending with the Federal Bureau of Investigation ("FBI").  On November 6, 2007, Plaintiff filed the instant Complaint.  Defendants were properly served on or about November 7, 2007.

3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a decision on his naturalization application in the absence of a completed name check.

4. Motions: None.

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery.  No experts will be designated.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Plaintiff asks that the Court hear her case and render a declaratory judgment that she is entitled to be naturalized and ask for an award of attorneys' fees.  This case does not involve damages.

12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on January 22, 2008.

13. Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a United States Magistrate Judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through motions.

17. Scheduling: The parties suggest the following dates:

Last day for Defendants to file Motion to Remand:   March 18, 2008

Last day for Plaintiff to file Opposition:   April 1, 2008

1  |  Last day for Defendants to Reply:   April 8, 2008

2  The parties request the Court to take the matter under submission without oral argument.

3  18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

6  19. Disclosure of Non-party Interested Entities or Persons: None.

7  20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: February 5, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                        /s/
                                       MELANIE L. PROCTOR[1]
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Dated: February 5, 2008                /s/
                                       NADIA FARAH
                                       Attorney for Plaintiff

## ~~PROPOSED~~ CASE MANAGEMENT ORDER

The Case Management Conference scheduled for February 12, 2008, is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated: February 6, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

///
///
///

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 07-5638 EDL                          3

**ALTERNATIVE PROPOSED CASE MANAGEMENT ORDER**

The Case Management Conference scheduled for February 12, 2008, is hereby CONTINUED to February 26, 2008. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated: _____
ELIZABETH LAPORTE
United States Magistrate Judge