1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   MARYAM MOHSENZADEH,              )      No. C 07-5638 EDL
12                                  )
                        Plaintiff,  )
13                                  )
          v.                        )
14                                  )
   MICHAEL CHERTOFF, Secretary,     )      STIPULATION TO EXTEND TIME;
15 Department of Homeland Security; et al.,  )   PROPOSED ORDER
                                    )
16                      Defendants. )
                                    )
17 ─────────────────────────────────)

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO EXTEND TIME
C 07-5638 EDL

On February 6, 2008, the Court adopted the parties' proposed briefing schedule.  It now appears that this case may be resolved administratively within the next 60 days.  Accordingly, the parties hereby stipulate to modify the briefing schedule as follows:

Last day for Defendants to file Motion to Remand:  May 20, 2008

Last day for Plaintiff to file Opposition:          June 3, 2008

Last day for Defendants to Reply:                  June 10, 2008

Dated: March 14, 2008                              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 14, 2008                      _____/s/_____
NADIA FARAH
Attorney for Plaintiff

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated:                                     _____
ELIZABETH LAPORTE
United States Magistrate Judge

/

_____
[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.