JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARYAM MOHSENZADEH, | ) | No. C 07-5638 EDL |
|         Plaintiff, | ) | |
|   v. | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | STIPULATION TO EXTEND TIME; |
| Department of Homeland Security; et al., | ) | ~~PROPOSED~~ ORDER |
|         Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATION TO EXTEND TIME
C 07-5638 EDL

On February 6, 2008, the Court adopted the parties' proposed briefing schedule.  It now appears that this case may be resolved administratively within the next 60 days.  Accordingly, the parties hereby stipulate to modify the briefing schedule as follows:

Last day for Defendants to file Motion to Remand:  May 20, 2008

Last day for Plaintiff to file Opposition:          June 3, 2008

Last day for Defendants to Reply:                  June 10, 2008

Dated: March 14, 2008                              Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   _____/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Dated: March 14, 2008                              _____/s/_____
                                                   NADIA FARAH
                                                   Attorney for Plaintiff

                            ~~PROPOSED~~ ORDER

        Pursuant to stipulation, IT IS SO ORDERED.

Dated:   March 17, 2008
                                                   _____
                                                   ELIZABETH LAPORTE
                                                   United States Magistrate Judge
/

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.