1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   MARYAM MOHSENZADEH,              )   No. C 07-5638 EDL
12                                  )
                   Plaintiff,       )
13                                  )
           v.                       )
14                                  )
   MICHAEL CHERTOFF, Secretary,     )   STIPULATION TO DISMISS; PROPOSED
15 Department of Homeland Security; et al., )   ORDER
                                    )
16                 Defendants.      )
                                    )
17

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
C 07-5638 EDL

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: April 3, 2008　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　MELANIE L. PROCTOR[1]
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


Dated: April 2, 2008　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　NADIA FARAH
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated:　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-5638 EDL　　　　　　　　　　2