JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARYAM MOHSENZADEH, | ) | No. C 07-5638 EDL |
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | STIPULATION TO DISMISS; ~~PROPOSED~~ |
| Department of Homeland Security; et al., | ) | ORDER |
| Defendants. | ) | |

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO DISMISS
C 07-5638 EDL

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: April 3, 2008                                    Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


                                                        _____/s/_____
                                                        MELANIE L. PROCTOR[1]
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants

Dated: April 2, 2008                                    _____/s/_____
                                                        NADIA FARAH
                                                        Attorney for Plaintiff

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED.     All pending deadlines are hereby TERMINATED.  The Clerk shall close the file.

Dated:  April 3, 2008                                   _____
                                                        ELIZABETH LAPORTE
                                                        United States Magistrate Judge



[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-5638 EDL                          2